UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AH'KEEM L. KNAFF,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8)<br><br>FORFEITURE ALLEGATION |

THE GRAND JURY CHARGES:

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about April 27, 2025, in the Southern District of Ohio, the defendant, **AH'KEEM L. KNAFF**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Smith and Wesson M&P Shield, 9mm pistol, bearing serial number HMF9058, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### (Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence)

On or about April 27, 2025, in the Southern District of Ohio, the defendant, **AH'KEEM KNAFF**, knowing that he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, specifically: a Smith and Wesson M&P Shield, 9mm pistol, bearing serial number HMF9058, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## FORFEITURE ALLEGATION

The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of any offense alleged in this Indictment, the defendant, **AH'KEEM L. KNAFF**, shall forfeit to the United States any firearms and ammunition involved or used in such offense, including, but not limited to a Smith and Wesson M&P Shield, 9mm pistol, bearing serial number HMF9058.

Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

_s/Foreperson_
**Foreperson**

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

ELIZABETH GERAGHTY (0072275)
Assistant United States Attorney